UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MELLEMA, | Case No.: 3:08-CV-00279-RCJ-WGC |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA, *et al.,* | **MINUTE ORDER** <br> **NOVEMBER 5, 2014** |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS**

On April 17, 2014, the Court entered a Minute Order in Chambers (#37) instructing Plaintiff to file a status report by May 30, 2014, and failure to file a status report would result in dismissal of this case. Plaintiff has not complied with the Order (#37) within the allotted time.

"Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (internal citations and quotations omitted). All five factors point in favor of dismissal.

IT THEREFORE ORDERED that this action is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Order (#37)  The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 5th day of November, 2014.

_____
ROBERT C. JONES
District Judge